```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       EL DORADO DIVISION
```

JO LYNN GATES, AS SPECIAL ADMINISTRATOR
FOR THE ESTATE OF ROGER KEITH
GATES, DECEASED                                         PLAINTIFF

      v.      Civil No. 09-1046

AETNA LIFE INSURANCE COMPANY                            DEFENDANT

## ORDER

Now on this 21ST day of October, 2009, comes on for consideration plaintiff's **Motion for Voluntary Nonsuit/Dismissal** (document #7), and the Court, being well and sufficiently advised that the defendant does not object, finds and orders that the motion should be, and it hereby is, **granted**, and this matter is **dismissed without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure**.

    **IT IS SO ORDERED.**

 

                                /s/ Jimm Larry Hendren
                                JIMM LARRY HENDREN
                                UNITED STATES DISTRICT JUDGE